1 | Marc L. Godino (#182689)
2 | Mark S. Greenstone (#199606)
  | Kara M. Wolke (#241521)
3 | **GLANCY PRONGAY & MURRAY LLP**
4 | 1925 Century Park East, Suite 2100
  | Los Angeles, California 90067
5 | Telephone: (310) 201-9150
6 | Facsimile: (310) 201-9160
  | Email:  info@glancylaw.com
7 |
8 | *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA HASKETT, ASHLEY HEALY, JOCELYN BURKE-CRAIG, BRITTANY BIANCHI, KERRY TIGHE-SCHWEGLER, Individually, and On Behalf of a Class of Similarly Situated Individuals,<br><br>            Plaintiffs,<br>     v.<br><br>LULAROE, LLC d/b/a LULAROE, LLR, INC.,<br><br>            Defendants. | Case No.: 5:17-cv-02212-GW-JC<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3.1 of the Local Rules of Civil Procedure for the Central District of California, the above-captioned action, *Haskett et al v. LuLaRoe, LLC et al*, Case No. 5:17-cv-02212-GW-JC ("*Haskett*"), is related to the following action pending in this District:

1. *Lemberg et al v. LuLaRoe, LLC et al* ("*Lemberg*"), Case No. 5:17-cv 02102-AB-SHK, assigned to the Honorable André Birotte Jr.

The *Haskett* and *Lemberg* actions assert claims under the California Business & Professions Code §§17200, *et seq.* and §§17500, *et seq.* The actions (i) arise from the same or closely related transactions, happenings or events; (ii) call for the determination of the same or substantially related or similar questions of law and fact; and (iii) would entail substantial duplication of labor if heard by different judges. In addition, the defendants named in the *Haskett* action are the same defendants named in the *Lemberg* action.

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  November 10, 2017 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | |
| 3 | | By: *s/ Marc L. Godino* |
| 4 | | Marc L. Godino |
| | | Mark S. Greenstone |
| 5 | | Kara M. Wolke |
| 6 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 7 | | Telephone: (310) 201-9150 |
| 8 | | Facsimile:  (310) 201-9160 |
| | | E-mail: info@glancylaw.com |
| 9 | | |
| 10 | | **TAUS, CEBULASH & LANDAU, LLP** |
| | | Kevin Landau |
| 11 | | Brett Cebulash |
| 12 | | 80 Maiden Lane, Suite 1204 |
| | | New York, NY 10038 |
| 13 | | Telephone: (646) 873-7654 |
| 14 | | Facsimile: (212) 931-0703 |
| | | klandau@tcllaw.com |
| 15 | | bcebulash@tcllaw.com |
| 16 | | mgreaves@tcllaw.com |
| 17 | | |
| | | *Attorneys for Plaintiffs* |
| 18 | | |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On November 10, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2017, at Los Angeles, California.

*s/ Marc L. Godino*
Marc L. Godino

# Mailing Information for a Case 5:17-cv-02212-GW-JC Lora Haskett et al v. LuLaRoe, LLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marc L Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  MGreenstone@glancylaw.com,info@glancylaw.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`