Marc L. Godino (#182689)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA HASKETT, ASHLEY HEALY, JOCELYN BURKE-CRAIG, BRITTANY BIANCHI, KERRY TIGHE-SCHWEGLER, Individually, and On Behalf of a Cla<br>Plaintiff(s),<br>v.<br>LULAROE, LLC d/b/a LULAROE, LLR, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:17-cv-02212-AB-SHK<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. Without Prejudice

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| January 12, 2018 | s/ Marc L. Godino |
|---|---|
| *Date* | *Signature of Attorney/Party* |


NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

1 **PROOF OF SERVICE BY ELECTRONIC POSTING**

2     I, the undersigned say:

3     I am not a party to the above case, and am over eighteen years old.  On January
4 12, 2018, I served true and correct copies of the foregoing document, by posting the
5 document electronically to the ECF website of the United States District Court for the
6 Central District of California, for receipt electronically by the parties listed on the
7 Court's Service List.

8     I affirm under penalty of perjury under the laws of the United States of America
9 that the foregoing is true and correct.  Executed on January 12, 2018, at Los Angeles,
10 California.

11

12                                           *s/ Marc L. Godino*
13                                           Marc L. Godino

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:17-cv-02212-AB-SHK Lora Haskett et al v. LuLaRoe, LLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alejandro S Angulo**
  aangulo@rutan.com,scook@rutan.com

- **Bradley A Chapin**
  bchapin@rutan.com,dcorwin@rutan.com

- **Kathryn Diane Zajec Domin**
  kdomin@rutan.com,lfenwick@rutan.com

- **Samantha Lynn Goates**
  sgoates@rutan.com

- **Marc L Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  MGreenstone@glancylaw.com,info@glancylaw.com

- **Michael T Hornak**
  mhornak@rutan.com

- **Kara M Wolke**
  kwolke@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)